STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROCCO PESCATORE, CARMINE PESCATORE, AND CARMROC COR- PORATION, TRADING AS SPARTAN FURNITURE OF WEST NEW YORK, A NEW JERSEY CORPORATION, DEFENDANTS- APPELLANTS.

Argued March 17, 1987—Decided April 1, 1987.

*Philip DeVencentes* and *Alfred C. Pescatore* argued the cause for appellants (*Galantucci & Patuto*, attorneys for Rocco Pescatore; *Alfred C. Pescatore*, attorney for Carmroc Corp., etc.; *Biagiotti & Marino*, attorneys for Carmen Pesca- tore).

*Patricia E. Stern*, Deputy Attorney General, argued the cause for respondent (*W. Cary Edwards*, Attorney General of New Jersey, attorney).

PER CURIAM.

The judgment is affirmed substantially for the reasons ex- pressed in the opinion of the Appellate Division, whose opinion is reported at 213 *N.J.Super.* 22 (1986).

*For affirmance*—Chief Justice WILENTZ, and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For reversal*—None.